IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| CHLOE MILLER,<br><br>        *Plaintiff,*<br><br>v.<br><br>ALI NAJMI and KEVIN MCCLANAHAN,<br><br>        *Defendants.* | § § § § § § § § § § | CIVIL ACTION NO. 1:26-CV-00258-MJT-CLS |

## <u>ORDER OF DISMISSAL</u>

This proceeding was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72. On July 10, 2026, Judge Stetson issued a Report and Recommendation advising dismissal of this action under Federal Rule of Civil Procedure 41(b) because Plaintiff, a *pro se* litigant, has failed to prosecute the case by providing an incorrect mailing address to the clerk of court. *See* [Dkt. 5]; E.D. TEX. LOC. R. CV-11(d). Plaintiff did not object. As such, the Court reviews the Report and Recommendation for clear error. It finds none. Thus, the Report and Recommendation [Dkt. 5] is **ADOPTED**. Plaintiff's claims are **HEREBY DISMISSED** without prejudice pursuant to FED. R. CIV. P. 41(b). A final judgment will be entered.

        **IT IS SO ORDERED**.

                **SIGNED this 28th day of July, 2026.**

_____
Michael J. Truncale
United States District Judge